IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

CLIFTON BRYANT and
JUDY BRYANT,

    Plaintiffs,

vs.                                         Case No:

THE STANDARD FIRE INSURANCE CO.,

    Defendant.

## NOTICE OF REMOVAL

Comes now the Defendant, The Standard Fire Insurance Co., (hereinafter this Defendant), by and through its undersigned counsel, pursuant to 28 U.S.C.A. Section 1441, et seq., and respectfully removes the above-styled cause of action to Federal Court as follows:

1.     The above styled cause of action was commenced by the Plaintiffs filing a Complaint on or about August 23, 2012, in the Chancery Court for Sevier County, TN. A copy of the Plaintiffs' Complaint in that action is attached to this Notice as Exhibit A. This Defendant was served September 6, 2012, less than thirty (30) days prior to filing this Notice. A copy of the Summons and Notice of Service of Process is attached as Exhibit B.

2.     In the Complaint, Plaintiffs assert a liability claim for civil damages against this Defendant. The Plaintiffs allege that they sustained substantial fire damage to their residence. The Plaintiff alleges that this Defendant has refused to make necessary repairs to the home or reimburse Plaintiffs for their losses. In their Complaint, the Plaintiffs seek damages from this Defendant in the amount of Two Hundred Seventy-Five Thousand Dollars ($275,000.00).

3. At the time of the commencement of this action, Plaintiffs were, and are now believed and alleged to be citizens and residents of Tennessee. This Defendant is a Connecticut corporation doing business in the State of Tennessee.

4. As a result of the complete diversity of citizenship of the parties, and the fact that the Plaintiff has sued the Defendant in the amount, exclusive of interest and costs, exceeding $75,000.00, the Defendant submits that pursuant to 28 U.S.C.A. Section 1441, et seq., it is entitled to have this action removed to this Honorable Court.

5. Less than thirty (30) days have elapsed since this Defendant was served with a Summons and a copy of the Complaint in the above-styled cause of action.

WHEREFORE, this Defendant hereby removes the above-styled cause of action from the Chancery Court for Sevier County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Northern Division.

Respectfully submitted this 26th day of September, 2012.

s\Clint J. Woodfin
CLINT J. WOODFIN (BPR #016346)
Attorney for Defendant,
The Standard Fire Insurance Co.
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
(865) 673-8516 (Office)
(865) 673-8972 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on September ___26th___, 2012, the Clerk of Court was requested to file a copy of the foregoing Notice. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Clint J. Woodfin
CLINT J. WOODFIN (BPR #016346)
Attorney for Defendant,
The Standard Fire Insurance Co.
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
(865) 673-8516 (Office)
(865) 673-8972 (Fax)