IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

CLIFTON BRYANT and
JUDY BRYANT,

    Plaintiffs,

vs.                                Case No: 3:12-cv-505

THE STANDARD FIRE INSURANCE CO.,

    Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Come now the parties, through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action without prejudice.

Respectfully Submitted;

s\Clint J. Woodfin
CLINT J. WOODFIN (BPR #016346)
Attorney for Defendant,
The Standard Fire Insurance Co.
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
(865) 673-8516 (Office)
(865) 673-8972 (Fax)

/s/ Travis D. McCarter
TRAVIS D. MCCARTER (BPR #029293)
Attorney for Plaintiff
121 Court Avenue
Sevierville, TN 37862
(865) 428-2888 (Office)
(865) 428-2818 (Fax)